

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00308-CR

**IN RE** Richard A. **PADILLA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

On June 15, 2015, relator filed a motion for reconsideration of this court's opinion and order dismissing this original proceeding for lack of jurisdiction. The panel has considered the motion for reconsideration and it is DENIED. *See Esquivel v. District Clerk, Hidalgo County*, No. 65026-01, 2006 WL 2075136, at *1 (Tex. Crim. App. July 9, 2006) (order directing district clerk to respond to applicant's motion for leave to file mandamus petition asserting district court's failure to act on habeas application); *see also Ex parte Norvell*, 528 S.W.2d 129, 130 (Tex. Crim. App. 1975) (concluding Court of Criminal Appeals has jurisdiction to entertain original proceedings where applicant complains of illegal restraint by confinement in the wrong institution).

It is so **ORDERED** on June 24, 2015.

PER CURIAM

ATTESTED TO: _____
                         Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 2007CR4263 and 2007CR4264, styled *The State of Texas v. Richard A. Padilla*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.